U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
AUG 20 2014
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 7:14-po-49 (LAK) |
| | ) |
| v. | ) Information |
| | ) |
| SIU FAN CHENG, | ) Violation:   8 U.S.C. § 1325(a)(2) |
| | )                    [Improper Entry by Alien] |
| | ) |
| | ) 1 Count |
| | ) |
| Defendant. | ) County of Offense:   St. Lawrence |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
[Improper Entry by Alien]

On or about August 7, 2014, in St. Lawrence County in the Northern District of New York, the defendant, **SIU FAN CHENG**, an alien, did near Massena, New York, elude examination and inspection by immigration officers of the United States as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: August 20, 2014

RICHARD S. HARTUNIAN
**United States Attorney**

By: _____
Edward P. Grogan
**Assistant United States Attorney**
**Bar Roll No. 506388**